# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BONNEVILLE, a/k/a WILL ELLWANGER | JUDGMENT IN A CIVIL CASE |
| v. | |
| KITSAP COUNTY, et al. | CASE NUMBER: C06-5228RJB |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendants' Motion for Sanctions Pursuant to Federal Rule of Civil Procedure, Dkt #101, are GRANTED; this matter is DISMISSED WITH PREJUDICE. Defendants' Notice of Joinder in Motion to Extend Deadline for Filing Dispositive Motions, Dkt #106, are DENIED AS MOOT.

| | |
|---|---|
| April 6, 2007 | BRUCE RIFKIN |
| | Clerk |
| | |
| | /s/ Dara L. Kaleel |
| | By Dara L. Kaleel, Deputy Clerk |