# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT BONNEVILLE a/ka/ WILL ELLWANGER, | JUDGMENT IN A CIVIL CASE |
| v. | |
| KITSAP COUNTY, et al. | CASE NUMBER: C06-5228RJB |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    Kitsap County Defendants' Memorandum in Support of an Award of Attorneys Fees, Dkt #110, is GRANTED. Plaintiff shall pay Kitsap County Defendants' award of attorney fees in the amount of $473.00, on behalf of Defendants Kitsap County, Stephen Mount and Michael Barth.

| | |
|---|---|
| April 17, 2007 | BRUCE RIFKIN<br>Clerk |
| | /s/ Dara L. Kaleel<br>By Dara L. Kaleel, Deputy Clerk |