UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT BONNEVILLE a/k/a WILL ELLWANGER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KITSAP COUNTY, a municipal corporation, KITSAP COUNTY HEALTH DISTRICT, STEPHEN MOUNT, TIMOTHY QUAYLE, THOMAS WIGGINS, and MICHAEL BARTH,<br>　　　　　Defendants. | Case No.  C06-5228RJB<br><br>ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT |

　　　This matter comes before the Court on the Kitsap County Health District, Timothy Quayle, and Thomas Wiggins' "Kitsap County Health District Defendants" Motion for Entry of Judgment on Order Granting Attorney Fees. Dkt. 118.  The Court has reviewed all documents filed regarding this motion, has reviewed the entire file, and is fully advised.

　　　On February 20, 2007, this Court granted the Kitsap County Health District Defendants' motion compelling Plaintiff to respond to their interrogatories and requests for production.  Dkt. 88.  After the Kitsap County Health District Defendants briefed the Court as to whether an award of costs and fees would be proper under Fed. R. Civ. P. 37, on March 22, 2007, the Plaintiff was ordered to pay $990.00 in attorney fees within four weeks of the order.  Dkt. 108.  Plaintiff has not submitted a response of any kind. The Kitsap County Health District Defendants now request entry of judgment against Plaintiff.

ORDER
Page - 1

Although Fed. R. Civ. P. 58(a)(1)(C) provides that a separate document entering a judgment is not required when the Court disposes of a motion for attorney fees, Rule 58(d) permits entry of a judgment on a separate document upon a party's request. Accordingly, the Kitsap County Health District Defendants' Motion For Entry of Judgment on Order Granting Attorney Fees should be granted.

Therefore, it is hereby,

(1) **ORDERED** that the Kitsap County Health District Defendants' Motion for Entry of Judgment on Order Granting Attorney Fees (Dkt. 118) is **GRANTED**.

(2) The Clerk of the Court is directed to enter judgment in the amount of $990.00 on behalf of the Kitsap County Health District, Timothy Quayle, and Thomas Wiggins.

(3) The Clerk of the Court is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 10th day of May, 2007.

ROBERT J. BRYAN
United States District Judge