# United States District Court

WESTERN DISTRICT OF WASHINGTON

ROBERT BONNEVILLE a/k/a WILL ELLWANGER

v.

KITSAP COUNTY, a municipal corporation, KITSAP COUNTY HEALTH DISTRICT, STEPHEN MOUNT, TIMOTHY QUAYLE, THOMAS WIGGINS, and MICHAEL BARTH

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C06-5228RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Kitsap County Health District Defendants' Motion for Entry of Judgment on Order Granting Attorney Fees, Dkt #118,  is GRANTED.  Judgment is ordered entered against Plaintiff  in the amount of $990.00 on behalf of the Kitsap County Health District, Timothy Quayle, and Thomas Wiggins.

May 10, 2007

BRUCE RIFKIN
Clerk

/s/ Dara L. Kaleel
By Dara L. Kaleel, Deputy Clerk